Boone, Nicky  BAb196
Name and Prisoner Booking Number

High Desert State Prison
Place of Confinement

P.O. Box 3030
Mailing Address

Susanville, CA  96127
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**FILED**

**OCT 21 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Boone, Nicky
(Full Name of Plaintiff)                    Plaintiff,

v.

(1) C/o Ruby  Alpha yard
(Full Name of Defendant)

(2) C/o Armstead  Alpha yard

(3) C/o Arbaca  Alpha Yard

(4) SGT. Silva  Alpha yard
                                            Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2:20 -CV 2100  — DB PC

CASE NO. _____
          (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____.

2.  Institution/city where violation occurred: _____.

Revised 3.15.2016

1

## B. DEFENDANTS

1. Name of first Defendant: _C/o  Ruby  SE  Alpha  yard_ . The first Defendant is employed as: _Correctional  Officer_ at _High  Desert  State  Prison_ .
   (Position and Title)         (Institution)

2. Name of second Defendant: _C/o  Armstead SE Alpha_ . The second Defendant is employed as: _Correctional  Officer_ at _High  Desert  State  Prison_ .
   (Position and Title)         (Institution)

3. Name of third Defendant: _C/o  Arbace  SE  Alpha  yard_ . The third Defendant is employed as: _Correctional  officer_ at _High  Desert  State  Prison_ .
   (Position and Title)         (Institution)

4. Name of fourth Defendant: _SGT. Silva  Alpha  yard_ . The fourth Defendant is employed as: _Correctional  Sargent  on  Alpha  yard_ at _High  Desert  State  Prison_ .
   (Position and Title)         (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? .    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Solicitation of inmates to attack ~~attack~~ Me a violation of my 8th Amendment cruel and unusual treatment

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☒ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Defendants willingly let inmates Assault me and left their post of being on the podium during 3rd watch and after the attack while I was no threat and laying on the ground They C/o emptyed a whole can of mace on me which was C/o Vargass

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Bleeding in Brain, seizures, paralysis, aracnoid cyest in head, frectured ribs

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes   ☐ No

b. Did you submit a request for administrative relief on Claim I?    ☒ Yes   ☐ No

c. Did you appeal your request for relief on Claim I to the highest level?    ☒ Yes   ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: <u>Both my 5th and 14th Admendments were violated</u>.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

<u>Defendants payed other inmates to exercise and execute en assualt in tryied to eliminate me from this world but their plen failed i'm still alive. And Now looking for Justice</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

<u>Bleeding in head, arsencial Cycst, paralysis in right side, and Seizure actibities fractured Neg</u>

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

4

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____ .

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    ☐ Basic necessities        ☐ Mail         ☐ Access to the court       ☐ Medical care
    ☐ Disciplinary proceedings  ☐ Property     ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____ .

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim III?           ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____ .

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

That the C/O's involved be removed from High Desert State Prison, and being employed by the State of California permently and Punitive damages of 2,500,000 should help with covering the physical Mental, and emotional toll this unJustifyable attack that took place on me on July 12, 2020 and for the damages it caused to my family as well, also I wish to stay here on Alpine yard be placed on single Cell Status for my safety and placed Back in A/ were my residency was teken from me do to this negligence oft the Correctional officers

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/9/20__

       DATE

SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.