UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKY BOONE, | No. 2:20-cv-2100 DB |
| Plaintiff, | |
| v. | ORDER AND |
| RUBY, et al., | FINDINGS & RECOMMENDATIONS |
| Defendants. | |

By order filed August 5, 2021, the court dismissed plaintiff's complaint and granted plaintiff thirty days to file an amended complaint. Plaintiff was cautioned that failure to respond to the court's order would result in a recommendation that this action be dismissed. The time granted has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

In accordance with the above, IT IS ORDERED that the Clerk of Court assign a district judge to this case. IT IS RECOMMENDED that this action be dismissed without prejudice for failure to obey a court order and failure to prosecute. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to

1 Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file
2 objections within the specified time may waive the right to appeal the District Court's order.
3 <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 27, 2021

DLB7
boon2100.fta

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE