UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKY BOONE,<br><br>    Plaintiff,<br><br>    v.<br><br>RUBY, et al.,<br><br>    Defendants. | No. 2:20-cv-02100 WBS DB P<br><br>FINDINGS & RECOMMENDATIONS |

By order filed January 21, 2021, the court screened plaintiff's first amended complaint and ordered plaintiff to either (a) file a second amended complaint curing the deficiencies identified by the court in this order; or (b) notify the court in writing he wishes to stand on his first amended complaint as written. (ECF No. 20.) Plaintiff was cautioned that failure to respond to the court's order would result in a recommendation that this action be dismissed for failure to obey a court order and failure to prosecute. The time period given has expired and plaintiff has not filed an amended complaint, requested an extension of time, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty (30) days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 18, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
boon2100.fta2

2