IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NICKY BOONE,** | 2:20-cv-02100 WBS DB P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | Trial Date:   Not Set<br>Action Filed:   October 21, 2020 |
| **RUBY, et al. ,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,** Defendants' Motion for Administrative Relief re: Extension of Time to Opt Out of the Post-Screening ADR Project is granted.  The deadline to file a motion to opt out of the Post-Screening ADR Project is extended to December 21, 2023.

**IT IS SO ORDERED.**

Dated:  November 22, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
boon2100.36optout

1

[Proposed] Order (2:20-cv-02100 WBS DB)