UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKY BOONE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RUBY, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-02100 WBS DB P<br><br><br>ORDER |

Plaintiff, a state prisoner, proceeds without counsel with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff proceeds on the first amended complaint with claims under the Eighth Amendment against Officer Vargass, Sergeant Silva, Officer Ruby, Officer Armstead, and Officer Arbaca. On December 5, 2022, defendants filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 39) is granted and the stay of this action is lifted;

2. Within twenty-one days from the date of this order, defendants shall file a responsive pleading.

Dated:  December 16, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
boon2100.optout.post.waiver