UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKY BOONE,<br><br>    Plaintiff,<br><br>    v.<br><br>RUBY, et al.,<br><br>    Defendants. | No.  2:20-cv-02100 WBS DB P<br><br>ORDER |

On January 6, 2023, defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12. (ECF No. 41.) Plaintiff did not oppose the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion...." Id. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Id.

In addition, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.  Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction,

1

> improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

Plaintiff is informed that unless otherwise ordered, all motions to dismiss, motions for summary judgment, motions concerning discovery, motions pursuant to Fed. R. Civ. P. 7, 11, 12, 15, 41, 55, 56, 59 and 60, and E.D. Cal. R. 110, shall be briefed pursuant to L.R. 230(l). Plaintiff is cautioned that failure to timely oppose such a motion may be deemed a waiver of opposition to the motion. See L.R. 230(l).

With these admonitions in place, plaintiff is granted a 30-day extension of time to oppose the defendants' motion to dismiss or file a statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that, within 30 days from the date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss. Failure to file an opposition will be deemed as consent to have the action dismissed for lack of prosecution based on plaintiff's failure to comply with these rules and a court order. Said failure shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: March 20, 2023

DLB7
boon2100nooppo

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2