UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKY BOONE, | No. 2:20-cv-02100 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| RUBY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 16, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 16, 2023 (ECF No. 47), are adopted in full;

1

      2.  Defendants' motion to dismiss asserting a failure to exhaust administrative remedies (ECF No. 41) is denied;

      3.  Defendants shall answer the complaint within 30 days; and

      4.  This case is referred back to the assigned magistrate judge for further pretrial proceedings.

Dated:  August 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

boon2100.801mtd