1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    NICKY BOONE,                                No.  2:20-cv-02100 WBS DB P

12                    Plaintiff,

13           v.                                    ORDER

14    RUBY, et al.,

15                    Defendants.

16

17          On April 4, 2024, defendants filed a motion for summary judgment pursuant to Federal

18   Rule of Civil Procedure 56.  Plaintiff did not oppose the motion.

19          Local Rule 230(l) provides in part:  "Failure of the responding party to file written

20   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21   the granting of the motion . . . ."  Id.  Local Rule 110 provides that failure to comply with the

22   Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or

23   Rule or within the inherent power of the Court."  Id.  Plaintiff is hereby cautioned that failure to

24   comply with the Local Rules may result in a recommendation that the action be dismissed.

25          In addition, Rule 41(b) of the Federal Rules of Civil Procedure provides:

26               **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or
                 to comply with these rules or a court order, a defendant may move to
27               dismiss the action or any claim against it.  Unless the dismissal order
                 states otherwise, a dismissal under this subdivision (b) and any
28               dismissal not under this rule--except one for lack of jurisdiction,

                                                   1

1    improper venue, or failure to join a party under Rule 19--operates as
     an adjudication on the merits.
2

3    Id.

4         Good cause appearing, IT IS HEREBY ORDERED that, within 30 days from the date of

5    this order, plaintiff shall file an opposition, if any, to the motion for summary judgment.  Failure

6    to file an opposition will be deemed as consent to have the: (a) action dismissed for lack of

7    prosecution; and (b) action dismissed based on plaintiff's failure to comply with these rules and a

8    court order.  Said failure shall result in a recommendation that this action be dismissed pursuant

9    to Federal Rule of Civil Procedure 41(b).

10   Dated:  May 7, 2024

11

12   _____

13   DEBORAH BARNES
     UNITED STATES MAGISTRATE JUDGE
14   DLB7
     boon2100.nooppo
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2