UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKY BOONE, | No. 2:20-cv-02100 WBS SCR P |
| Plaintiff, | |
| v. | ORDER |
| RUBY, et al., | |
| Defendants. | |

On April 4, 2024, defendants filed a motion for summary judgment (ECF No. 53) which plaintiff failed to timely oppose. By order filed on May 8, 2024, sua sponte, the court granted plaintiff an extension of time of 30 additional days from the date of the order to oppose the motion. (ECF No. 57.) Plaintiff did not oppose the motion within the time granted, and on July 10, 2024, the magistrate judge previously assigned to this case recommended the case be dismissed for plaintiff's failure to oppose the motion for summary judgment. (ECF No. 58.)

Plaintiff has filed objections to the findings and recommendations in which he requests a 60-to-90-day extension of time to oppose the motion for summary judgment. (ECF No. 60.) Plaintiff states he was in an accident in a correctional van on August 3, 2023, and that after the accident, he did not get his property back until sometime after June 25, 2024. (Id.)

Defendants oppose the request for an extension of time. (ECF No. 61.) Defendants argue plaintiff has not demonstrated good cause or excusable neglect warranting an extension of time

due to the untimeliness of the request and failure to adequately explain the delay. (Id. at 2-3.) Defendants also argue the request for extension of time should be denied because, during plaintiff's deposition on December 27, 2023, he testified he had his legal property in his cell, including witness statements, affidavits, declarations, video footage, and other documents relevant to this case. (Id. at 3.)

According to plaintiff's deposition testimony which has been lodged with the court, plaintiff had possession of documents related to this case on December 27, 2023. Considering all the circumstances, plaintiff has not shown good cause or excusable neglect warranting an extension of time of 60 or more days.

However, the court finds good cause to grant plaintiff 30 days from the date of this order to oppose the motion for summary judgment. If plaintiff opposes the motion for summary judgment within the time period granted, the undersigned will vacate the recommendation that this case be dismissed for plaintiff's failure to oppose the motion. Plaintiff is cautioned that further requests for extension of time may not be granted unless plaintiff has made a detailed showing of good cause based on circumstances outside plaintiff's control.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. The court construes plaintiff's document filed on August 8, 2024 (ECF No. 60) as objections to the findings and recommendations and a request for an extension of time to oppose defendants' motion for summary judgment; so construed, the motion for an extension of time (ECF No. 60) is granted in part.

2. Plaintiff is granted 30 days from the date of this order in which to oppose the motion for summary judgment.

3. Any further requests for extension of time to oppose the pending motion for summary judgment must make a detailed showing of good cause based on circumstances outside plaintiff's control.

DATED: August 19, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE