UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKY BOONE,<br><br>        Plaintiff,<br><br>    v.<br><br>RUBY,<br><br>        Defendants. | No. 2:20-cv-2100-WBS-SCR P<br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 10, 2024, the magistrate judge previously assigned to this case filed findings and recommendations herein, recommending that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 58.) Plaintiff filed what the Magistrate Judge construed as objections to the July 10, 2024 findings and recommendations. (ECF No. 62.) On November 8, 2024, the magistrate judge newly assigned to this case filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. (ECF No. 63.) Plaintiff has not filed objections to the November 8, 2024 findings and recommendations.

1

1    The court has reviewed the file and finds the findings to be supported by the record.
2 Plaintiff was accorded a full and fair opportunity to file an opposition to defendants' motion for
3 summary judgment and failed to do so.  Upon review of the motion, the court finds that
4 defendants are entitled to summary judgment on the ground of qualified immunity for the reasons
5 set forth at pages 15-16 of defendants' memorandum of points and authorities (ECF No. 53-1)
6 and the accompanying declarations in support of defendants' motion.
7    IT IS THEREFORE ORDERED that defendants' motion for summary judgment (ECF
8 No. 53) be, and the same hereby is, hereby GRANTED; and the Clerk of the Court is directed to
9 enter final judgment in favor of defendants and close this case.

10 Dated:  December 17, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

15 boon2100.800.3